UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-22192-DPG

DOUG LONGHINI,

    Plaintiff,
v.

UNITED GROUP REALTY CORP. INC.
and DEMA FOOD STORES, INC.,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DOUG LONGHINI, and Defendants, UNITED GROUP REALTY CORP. INC. and DEMA FOOD STORES, INC., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in the case.

Respectfully submitted this February 28, 2022.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Erick Trelles* |
| ANTHONY J. PEREZ, ESQ. | ERICK TRELLES, ESQ. |
| Florida Bar No.: 535451 | Florida Bar No.: 123068 |
| GARCIA-MENOCAL & PEREZ, P.L. | Shehadeh Giannamore, PLLC |
| 4937 S.W. 74th Court | 620 SW 42nd Ave |
| Miami, FL 33155 | Coral Gables, FL 33134 |
| Telephone: (305) 553- 3464 | Telephone: Office: (305) 507-9843 |
| Email: ajperez@lawgmp.com | E-Mail: erick@sglawfl.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this February 28, 2022.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com; dramos@lawgmp.com

By: */s/ Anthony J. Perez*
ANTHONY J. PEREZ